IRENE K. YESOWITCH  State Bar #111575
DAVID P. BOROVSKY  State Bar #216588
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com  dborovsky@longlevit.com
Attorneys for Defendant
CLARENDON AMERICA INSURANCE COMPANY

ALBERT L. BOASBERG  State Bar #31205
Attorney at Law
Alexander Building, Suite 1010
155 Montgomery Street
San Francisco, CA  94104
Telephone (415) 989-6960
Attorneys for Plaintiff
GUERNEVILLE BUSINESS CORPORATION, INC.
doing business as RUSSIAN RIVER RESORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUERNEVILLE BUSINESS CORPORATION, INC. doing business as RUSSIAN RIVER RESORT,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENDON AMERICA INSURANCE COMPANY, and DOES 1 THROUGH 10,<br><br>Defendants. | CASE No. 3:09-CV-00746-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE MEDIATION** |

WHEREAS,

On May 7, 2009, the parties filed a stipulation and proposed order selecting mediation as their selected ADR process;

The parties originally agreed to private mediation with Hon. Ronald M. Sabraw of JAMS, on August 6, 2009;

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

3:09-CV-00746-MMC

STIPULATION AND PROPOSED ORDER ASSIGNING MATTER TO PRIVATE MEDIATION

On June 17, 2009, the Court ordered the parties to private mediation, to be completed no later than August 13, 2009;

The parties were unable to mediation the case on August 6, 2009, due to the mediator's unavailability; and

**The parties have agreed upon and scheduled a new mediation date with Judge Sabraw on September 2, 2009.**

WHEREAS, these parties, by and through their counsel of record, hereby consent to, and stipulate as follows:

The parties shall proceed with a private mediation with Hon. Ronald M. Sabraw of JAMS, which is currently scheduled to take place on September 2, 2009, and request that the Court extend the deadline to complete private mediation by approximately thirty (30) days—i.e. until September 14, 2009.

IT IS SO STIPULATED.

Dated: August 11, 2009          LONG & LEVIT LLP

By _____
IRENE K. YESOWITCH
DAVID P. BOROVSKY
Attorneys for Defendant CLARENDON AMERICA INSURANCE COMPANY

Dated: August ___, 2009.

_____
ALBERT L. BOASBERG
Attorney for Plaintiff GUERNEVILLE BUSINESS CORPORATION, INC. doing business as RUSSIAN RIVER RESORT

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                         3:09-CV-00746-MMC
STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE MEDIATION

1 On June 17, 2009, the Court ordered the parties to private mediation, to be completed no later than August 13, 2009;

3 The parties were unable to mediation the case on August 6, 2009, due to the mediator's unavailability; and

5 **The parties have agreed upon and scheduled a new mediation date with Judge Sabraw on September 2, 2009.**

7 WHEREAS, these parties, by and through their counsel of record, hereby consent to, and stipulate as follows:

9 The parties shall proceed with a private mediation with Hon. Ronald M. Sabraw of JAMS, which is currently scheduled to take place on September 2, 2009, and request that the Court extend the deadline to complete private mediation by approximately thirty (30) days—i.e. until September 14, 2009.

IT IS SO STIPULATED.

Dated: August ___, 2009      LONG & LEVIT LLP

By _____
IRENE K. YESOWITCH
DAVID P. BOROVSKY
Attorneys for Defendant CLARENDON
AMERICA INSURANCE COMPANY

Dated: August ___, 2009.

_____
ALBERT L. BOASBERG
Attorney for Plaintiff GUERNEVILLE
BUSINESS CORPORATION, INC. doing
business as RUSSIAN RIVER RESORT

LONG & LEVIT LLP
165 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94111
(415) 397-2222

2                                                   3:09-CV-00746-MMC
STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE MEDIATION

08/10/2009  11:31  4153976390  LONG LEVIT  PAGE 03/04

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that, in light of the parties agreement and scheduled mediation on September 2, 2009, the deadline for completion of a private mediation is extended by approximately thirty (30) days—i.e. until September 14, 2009.

SO ORDERED.

Dated: August 13, 2009

*[signature]*
HON. MAXINE M. CHESNEY
US DISTRICT COURT JUDGE

DOCS\S5703-069\567449.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3                              3:09-CV-00746-MMC

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE MEDIATION