1  IRENE K. YESOWITCH State Bar #111575
   DAVID P. BOROVSKY State Bar #216588
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA 94104
   TEL: (415) 397-2222  FAX: (415) 397-6392
4
   Attorneys for Defendant
5  CLARENDON AMERICA INSURANCE COMPANY

6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9
   GUERNEVILLE BUSINESS              CASE No. 3:09-CV-00746-MMC
10 CORPORATION, INC. doing business as
   RUSSIAN RIVER RESORT,             **STIPULATION OF DISMISSAL OF
11                                   ACTION WITH PREJUDICE**
                  Plaintiff,
12
        vs.
13
   CLARENDON AMERICA
14 INSURANCE COMPANY, and DOES 1
   THROUGH 10,
15
                  Defendants.
16

17      IT IS HEREBY STIPULATED by and between the parties to this action through their

18 designated counsel that the above captioned action be and hereby is dismissed with prejudice

19 pursuant to Fed.R.Civ.Pro. 41(a)(1).

20      IT IS SO STIPULATED.

21 Dated: October 2, 2009          LONG & LEVIT LLP

22                                 By _____
                                      DAVID P. BOROVSKY
23                                    Attorneys for Defendant CLARENDON
                                      AMERICA INSURANCE COMPANY
24
   Dated: October 2, 2009.
25

26                                 _____
                                   ALBERT L. BOASBERG
27                                 Attorney for Plaintiff GUERNEVILLE
                                   BUSINESS CORPORATION, INC. doing
28                                 business as RUSSIAN RIVER RESORT

                                                              3:09-CV-00746-MMC
                 STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE