**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUERNEVILLE BUSINESS CORPORATION,

    Plaintiff,

  v.

ALBERT J. BOASBERG, SCOTT J. MANDELL, ARTHUR O. FONDEN, CLARENDON AMERICA INSURANCE CO., and DOES 1-10,

    Defendants.
_____/

No. C 11-04913 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Guerneville Business Corp. v. Clarendon America Insurance Co.,* C09-00746 MMC.

**IT IS SO ORDERED.**

Dated: February 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge Chesney